UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-6356-CIV-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN KETTLE,

    Defendant.
_____/

ORDER

This matter came before the Court on the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07) on or before July 13, 2007. The failure to file a response may result in an Order that the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42,

4/3/07) be granted in its entirety.

DONE AND ORDERED in Chambers, at Miami, Florida this 28<u>th</u> day of June, 2007.

_/s/ John J. O'Sullivan_
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
All Counsel of Record

Sent by Chambers to:
Stephen Kettle
60 Caledonia Road, Apt. 215
Asheville, NC 28803-0905