UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-6356-CIV-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN KETTLE,

    Defendant.

_____/

## ORDER

This matter came before the Court on the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordingly, on June 28, 2007, the undersigned ordered (DE # 44) the defendant to file a response to the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07) on or before July 13, 2007. The defendant was warned that the failure to file a response may result in an Order that the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07) be granted in its entirety.

As of the date of this Order, no response to the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07) has been received.

Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 42, 4/3/07) is GRANTED. The defendant shall respond to the outstanding discovery on or before July 31, 2007.

DONE AND ORDERED in Chambers, at Miami, Florida this 17th day of July, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
All Counsel of Record

Sent by Chambers to:
Stephen Kettle
60 Caledonia Road, Apt. 215
Asheville, NC 28803-0905